the authorized membership of the board is increased by one for that ~~year~~ period of time; a vacancy in the district the vice-president or president-elect represents exists when the ~~president-elect's~~ term as a commissioner would normally expire, and an election ~~conducted~~ to choose a successor is to be held in the usual manner.

No person holding judicial office may be elected or appointed an officer of the Board of Commissioners. A judge presently serving as an officer may complete that term but may not thereafter, while holding judicial office, be elected or appointed an officer. A person serving as an officer who, after the effective date of this amendment, is elected or appointed to a judicial office, must resign as an officer of the board on or before the date that person assumes judicial office.

*Section 2-Section 4.* [Unchanged.]

*Staff Comment:* The proposed amendment of § 1 is recommended by the Representative Assembly of the State Bar of Michigan to ensure that persons elected vice-president of the Board of Commissioners succeed to the offices of president-elect and president.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court Clerk by January 1, 2001. When filing a comment, please refer to our File No. 00-09.

*Rehearings Denied September 19, 2000:*

PEOPLE v VINCENT CARTER, No. 113817. Reported at 462 Mich 206. CAVANAGH and KELLY, JJ. We would grant rehearing.

COOPER v WADE, No. 107421. Reported at 462 Mich 439. CAVANAGH and KELLY, JJ. We would grant rehearing.

ADAMS OUTDOOR ADVERTISING v CITY OF EAST LANSING (AFTER REMAND), No. 113674. Reported *ante,* 17.

*Remanded for Reconsideration September 26, 2000:*

GRIEVANCE ADMINISTRATOR v GOLDEN, No. 114802. In lieu of granting leave to appeal, the matter is remanded to the Attorney Discipline Board for reconsideration and application of the American Bar Association Standards for Imposing Lawyer Sanctions. MCR 7.302(F)(1). *Grievance*